**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6289**

---

BARBARA JO ARCHIE,

                              Petitioner - Appellant,

         versus

WENDY HOBBS, Warden, Virginia Correctional
Center for Women,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-96-0469-R)

---

Submitted: September 9, 1997        Decided: September 22, 1997

---

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael Morchower, MORCHOWER, LUXTON & WHALEY, Richmond, Virginia, for Appellant. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Archie v. Hobbs, No. CA-96-0469-R (W.D. Va. Feb. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED